The People of the State of New York, Respondent, v. Max Borden, Appellant.—

Hagarty, Johnston, Adel, Taylor and Lewis, JJ., concur.